

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| | § | |
| IN RE: DANIEL MICHAEL ATHENS, | § | No. 08-19-00150-CR |
| Relator. | § | AN ORIGINAL PROCEEDING |
| | § | IN MANDAMUS |
| | § | |
| | § | |

# **O R D E R**

Pending before the Court is Relator's motion requesting a stay of all proceedings in cause number 20150D01963, styled *The State of Texas v. Daniel Michael Athens*, pending resolution of the petition for writ of mandamus. The motion is DENIED.

IT IS SO ORDERED this 7th day of June, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.
(Rodriguez, J., not participating)